■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID DELGADO, Appellant.—Judgment of the Supreme Court, New York County (Clifford Scott, J.), rendered on August 2, 1988, convicting defendant, upon his plea of guilty, of manslaughter in the first degree and sentencing him to an indeterminate prison term of from 6 to 18 years, is unanimously affirmed.

We are unpersuaded that the sentence imposed was unduly harsh or severe. Taking into account "among other things, the crime charged, the particular circumstances of the individual before the court and the purpose of a penal sanction", we perceive no abuse of discretion warranting a reduction in sentence *(People v Farrar,* 52 NY2d 302, 305). Further, defendant was sentenced in accordance with his plea bargain and within statutory guidelines. "Having received the benefit of his bargain, defendant should be bound by its terms" *(People v Felman,* 141 AD2d 889, 890, *lv denied* 72 NY2d 918). Concur—Kupferman, J. P., Sullivan, Carro and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FANNY CARMONA QUINTERO, Appellant.—Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered on July 22, 1988, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's